GIMBEL BROS., INC. *v.* UNITED STATES

No. 6761.—Invoices dated London, England, July 8, 1941, etc.
Certified July 8, 1941, etc.
Entered at New York, N. Y., August 1, 1941, etc.
Entry No. 706767, etc.

(Decided January 14, 1947)

*Fred Bennett* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law

of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48."
The said tax was held not to be an item to be included in foreign value as defined
in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Adminis-
trative Act of 1938 (19 U. S. C. § 1402 (c)), *United States* v. *Wm. S. Pitcairn
Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

A written stipulation of fact, submitting these cases, is sufficient to show that
export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)),
is the proper basis for appraisement of the instant merchandise, and that such
statutory values for the articles in question are the appraised values, less addi-
tions made by the importer on entry because of advances in similar cases.